5 A.3d 814

Lamont A. MILES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 83 EM 2010.

Supreme Court of Pennsylvania.

Sept. 30, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of September, 2010, the Application for Leave to File Original Process and the Petition for Writ of Prohibition are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is improper). The Prothonotary is directed to forward this filing to counsel of record.